IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JONATHAN L. RICHES,             No. CV 07-06159 MJJ ,

       Plaintiff,

                                         **JUDGMENT IN A CIVIL CASE**

v.

JOSE CANSECO,

       Defendant.
                                          /

       ( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

       (X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

       **IT IS SO ORDERED AND ADJUDGED** that this action is dismissed as plaintiff has failed to state a cognizable claim for relief under § 1983.

Dated: December 28, 2007                          Richard W. Wieking, Clerk

                                                                        By: /s/ Frank Justiliano
                                                                        Deputy Clerk